IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CR-10-D

UNITED STATES OF AMERICA

vs.

ORDER

IFEOMA EZUGWU

This matter is before the Court on Defendant's Motion to Seal Docket Entry 32 pursuant to Local Rule 55.2, and the Court finding good cause, the Motion is hereby GRANTED. Docket Entry 32 shall remain sealed until further Order of the Court.

SO ORDERED. This _6_ day of October, 2025.

James Dever III
United States District Judge